

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-331-CV

DENNIS DEWAYNE PAIGE                                                                                    APPELLANT

V.

RESSIE OWENS, CHAIRWOMAN,                                                             APPELLEE
TEXAS BOARD OF PARDONS AND PAROLES

----------

## FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's request for the court to withdraw his appeal.  It is the court's opinion that the request should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  September 4, 2008

---

[1] *See* Tex. R. App. P. 47.4.